IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARK MOORE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-1545 (RDA/IDD) |
| | ) |
| JOANNE B. MOORE, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Ivan D. Davis on August 23, 2024. Dkt. 32. In their Complaint, Plaintiffs Mark Moore and Brenda Moore brought a Breach of Contract claim against Defendant Joanne B. Moore. *Id.* at 2. Magistrate Judge Davis recommends that default judgment be entered against Defendant and that damages and attorneys' fees be awarded. *Id.* at 1. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Davis' Recommendation was September 6, 2024. To date, no objections have been filed.

After reviewing the record and Magistrate Judge Davis' Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 32). Accordingly, it is hereby ORDERED that Plaintiff's Motion for Default Judgment (Dkt. 12) is GRANTED; and it is

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that Plaintiff be awarded damages in the amount of $384,301.68; and it is

FURTHER ORDERED that Plaintiff be awarded attorneys' fees and costs in the amount of $45,244.50; and it is

FURTHER ORDERED that Plaintiff be awarded post-judgment interest on its award in accordance with 28 U.S.C. § 1961.

The Clerk is directed to enter judgment for Plaintiff in this matter pursuant to Federal Rule of Civil Procedure 55, forward copies of this Order to counsel of record, and close this civil action.

It is SO ORDERED.

Alexandria, Virginia
September 11, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge